| | |
|---|---|
| 1 | Tyler J. Woods (State Bar No. 232464) |
|   | twoods@trialnewport.com |
| 2 | Richard H. Hikida (State Bar No. 196149) |
|   | rhikida@trialnewport.com |
| 3 | Scott J. Ferrell (State Bar No. 202091) |
|   | sferrell@trialnewport.com |
| 4 | **NEWPORT TRIAL GROUP** |
|   | A Professional Corporation |
| 5 | 4100 Newport Place, Suite 800 |
|   | Newport Beach, CA  92660 |
| 6 | Tel: (949) 706-6464 |
|   | Fax: (949) 706-6469 |
| 7 | |
|   | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC, | Case No.  13-CV-00910 JLS (MDD) |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| BPI SPORTS HOLDINGS, LLC and IMAGE SPORTS, LLC, | |
| Defendants. | |
| BPI SPORTS HOLDINGS, LLC and IMAGE SPORTS, LLC, | |
| Counterclaimants, | |
| vs. | |
| THERMOLIFE INTERNATIONAL, LLC, | |
| Counterdefendant. | |

**TO THE COURT AND ALL PARTIES:**

Plaintiff ThermoLife International, LLC and defendants BPI Sports Holdings, LLC and Image Sports, LLC hereby jointly request that the Court dismiss this Action with prejudice in its entirety (including all affirmative claims and counterclaims) pursuant to 41(a)(1)(A)(ii) as the parties have reached a settlement in this Action. Each party is to bear its own fees and costs.

Dated: October 21, 2013           NEWPORT TRIAL GROUP


                                  */s/ Tyler J. Woods*
                                  Tyler J. Woods
                                  Attorney for Plaintiff


Dated: October 21, 2013           */s/ Daniel Silverman*
                                  Daniel Silverman
                                  Attorney for Defendants and
                                  Counterclaimants BPI Sports Holdings,
                                  LLC and Image Sports, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2013, I electronically filed the foregoing **JOINT MOTION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                 */s/Tyler J Woods*
                                                 Tyler J Woods